AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | ) |
|---|---|
| YONGFU YANG, et al. on their own behalf and on behalf of others similarly situated | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No. 19-cv-05616 |
| AN JU HOME INC. d/b/a An Ju Home et al. | ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Troy Law, PLLC
  John Troy
  41-25 Kissena Blvd, Suite 119
  Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/17/2019   /s/ D. Howie
  *Signature of Clerk or Deputy Clerk*



**AN JU HOME INC d/b/a An Ju Home**
13410 Blossom Ave. Apt. 4A, Flushing, NY 11355; Queens

**STRUCTURE ENTERPRISE INC d/b/a Structure Enterprise**
54 Boerum Street #217, Brooklyn, NY, 11206; Kings

**TRINITY BUILDERS, INC. d/b/a Trinity Builders**
120-10 15th Avenue, Ste 3, College Point, NY 11356; Queens

**HENGJIAN CUI**
13410 Blossom Ave. Apt. 4A, Flushing, NY 11355; Queens

**PAUL LIOU**
54 Boerum Street #217, Brooklyn, NY 11206; and 120-10 15th Avenue, Ste 3, College Point, NY 11356; Kings and Queens

**CANDICE COLUCCI**
120-10 15th Avenue, Ste 3, College Point, NY 11356; Queens

**"JOHN" LIOU**
54 Boerum Street #217, Brooklyn, NY 11206; Kings

**"JANE" ZHUO**
54 Boerum Street #217, Brooklyn, NY 11206; Kings

**YONGFU YANG, DELIANG FU, XIAOJIANG ZUO, HECHAO CHEN, AIXIANG LIU, KEZHENG ZUO, and SHUSHAN HANG v.
AN JU HOME INC. d/b/a An Ju Home, et al.**

**Summons Rider**